AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
PH: (702) 384-4111
FX: (702) 384-8222
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MATTHEW LORNE EDDY and
AMEE CHESTINA EDDY,

Debtor(s).

Chapter 13 Proceedings
Case No: 10-19345-LBR

DATE: 07/01/2010
TIME: 3:00 p.m.

### MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CITIMORTGAGE, INC. PURSUANT TO 11 U.S.C. §506(a) AND §1322

COMES NOW, Debtors MATTHEW LORNE EDDY and AMEE CHESTINA EDDY ("Debtors"), by and through their attorney, MATTHEW AARON, of the law firm of AARON & PATERNOSTER LTD., and hereby move this Court to modify the rights of CITIMORTGAGE, INC. pursuant to 11 U.S.C.§506(a), and §1322, and Bankruptcy Rules 3012 and 9014. This Motion is based on the following Memorandum of Points and Authorities, the attached Exhibits, all papers and pleadings on file herein, and any other argument or evidence permitted by the Court.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

Debtors filed the instant Chapter 13, Case Number 10-19345-LBR, on or about May 20, 2010. On or about the petition date, Debtors owned real property located at or about 4505 Amherst Lane, Las Vegas, Nevada 89107 ("Property"). The value of the Property is approximately $61,304.00[1]. At the time Debtors filed their Petition, and currently, the first mortgage held by CITIMORTGAGE, INC. ("CITI") is in the approximate amount of $217,350.00. The second

---

[1] *See* copy of estimate from eppraisal.com attached hereto as Exhibit A.

mortgage, held by CITIMORTGAGE, INC. ("CITI"), is in the approximate amount of $49,304.00[2]. On or about the date Debtors filed the instant bankruptcy, no equity existed in the Property above the lien held by CITI for its first mortgage. CITI'S second mortgage claim was wholly unsecured on the petition date and if the Property was sold at auction, CITI would receive nothing for said second mortgage claim.

## II.

## LEGAL ARGUMENT

A wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a), despite the anti-modification language in §1322(b)(2)[3]. The 9th Circuit reviewed and discussed *Nobelman v. American Savings Bank*, 508 U.S. 324 (1993) regarding claims "secured" by real property, and the subsequent majority and minority interpretation and application thereof[4]. Based on its thorough analysis, the 9th Circuit found the majority interpretation and application of *Nobleman* to 11 U.S.C. §506 and §1322 compelling and held:

> Section 506(a) divides creditors' claims into 'secured . . . claims' and 'unsecured claims.' Although the conventional interpretation of 'secured' might include any claim in which the creditor has a security interest in the debtor's property, § 506 (a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest . . . is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property . . . and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim. Put more simply, a claim such as a mortgage is not a 'secured claim' to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, 'secured claim' is a term of art and not every claim that is secured by a lien on property will be considered a 'secured claim'[5].

Here, CITI'S second mortgage claim for the repayment is an unsecured claim because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the Property. Because CITI'S second mortgage claim is wholly unsecured (no equity exceeding the first mortgage on the Property exists), Debtors respectfully

---

[2]*See* Schedule D - Creditors Holding Secured Claims attached hereto as Exhibit B.

[3] *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002).

[4] *Id.*

[5] *Id.* at 1222-23.

request this Court classify CITI'S second mortgage claim to that of a general unsecured creditor to be paid pro rata with like unsecured creditors. Additionally, Debtors request this Court strip CITI of its secured rights, if any, for its second mortgage claim under State law because no maintainable security interest in the Property exists as to the second mortgage. Furthermore, an adversary proceeding is not required to obtain the relief requested herein. Debtors need only request the relief sought herein by motion to "strip off" CITI'S consensual second mortgage/secured credit line lien[6].

### III.
### CONCLUSION

WHEREFORE, based on the foregoing, Debtors respectfully request this Court: 1) "strip off" and extinguish CITI'S wholly unsecured second mortgage lien pursuant to 11 U.S.C. §506(a) upon completion of Debtors' Chapter13 Plan payments;  2) Reclassify CITI'S second mortgage claim as a general unsecured claim to be paid pro rata with claims of other general unsecured creditors through Debtors' Chapter 13 plan; and 3) other relief the Court deems just, equitable and/or appropriate.

Dated this 1ST day of June 1, 2010.

By: /s/ MATTHEW AARON
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Avenue
Suite 650, Box 30
Las Vegas, NV 89102
Attorney for Debtor(s)

---

[6]See *In re Williams*, 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller*, 255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins*, 262 B.R.693 (Bankr.E.D.Mich.2001), *In re King*, 290 B.R.641 (Bankr.C.D.Ill.2003), *In re Millspaugh*, 302 B.R.90 (Bank.D.Idahp2003), *Dickey v. Ben.Fin (In re Dickey)*, 293 B.R.360 (Bank.M.D.Pa.2003), *In re Hill*, 304 B.R.800 (Bankr.S.D.Ohio2003), *In re Sadala*, 294 B.R.180 (Bankr.M.D.Fla.2003), *In re Fisher*, 289 B.R. 544 (BankrW.D.N.Y.2003), *In re Robert*, 313 B.R.843 (Bankr.W.D.Ky.2004).

**EXHIBIT "A"**



Sign Up | Sign In

Street Address _____  Zip Code or City, State _____ [Search]

Home Values    City Info    Find a Pro    Broker / Agent Services

## 4505 Amherst Ln Las Vegas, NV 89107 ☆ Add to favorites



### Estimated Home Values:

 eppraisal   $61,304

Zillow.com   $120,000

cyberhomes   $71,165

View Value Ranges

Get a detailed analysis report

### Property Info        More Details

| Public Record | | User Edits Login | |
|---|---|---|---|
| Bedrooms: | 3 | Bedrooms: | N/A |
| Bathrooms: | 2.00 | Bathrooms: | N/A |
| Square Footage: | 1350 | Square Footage: | N/A |
| Year Built: | 1961 | Year Built: | N/A |

### Local Information
- Clark County School District
- More info about Las Vegas
- Homes for Sale in Las Vegas

### Helpful Links
- Home Values Trends and Statistics
- Local Demographic Statistics
- Need Assistance Moving?
- Find Local Foreclosures
- Local Job Opportunities
- Rentals in the Area
- LendingTree Refinance Loans

## Get a Detailed Property History Report!
Each report checks for:

☑ Neighborhood Information     ☑ Market Trends

☑ Subject Property             ☑ Comparable Properties
- Owner Information            - Summary Statistics
- Tax Assessor Data            - Property Details
- Sales History and more!      - Bank Owned?

[Get Detailed Report]

### Las Vegas, NV Home Values

Home Value Trending    What's This



○ Local    ● State    ● National

**Home Data (as of March)**

| Median Sales Price: | $135,000 0% (from last month) |
| Number of Sales: | 926 |

Las Vegas Home Values

## Recently Sold Homes

List View    Map View

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|
| 225 Kipling St, Las Vegas, NV 89107 | $70,000 | 3/12/2010 | 3/2 | 1388 |
| 613 Mcdermit St, Las Vegas, NV 89107 | $65,000 | 2/19/2010 | 3/2 | 1391 |
| 4805 Churchill Ave, Las Vegas, NV 89107 | $46,000 | 1/4/2010 | 3/2 | 1407 |
| 4905 Churchill Ave, Las Vegas, NV 89107 | $70,000 | 11/5/2009 | 3/2 | 1504 |
| 616 Brush St, Las Vegas, NV 89107 | $56,000 | 12/9/2009 | 3/1 | 1348 |

Recent Sales

**What's My House Worth?**
Find your home's current market value online with HouseValues.com.
www.HouseValues.com

Ads by Google

## Las Vegas Real Estate Professionals

**Real Estate Agent**
Paul & Linda Watkins
(702) 722-9360
Cell Phone:(702) 768-5398

Las Vegas Real Estate Agents

### Contact a local Real Estate Agent
Paul & Linda Watkins
Better Homes and Gardens
Real Estate
9330 W. Sahara Suite 210
Las Vegas, NV 89117

(702) 722-9360
Visit My Website



(requires registration)

Listing Special for INVESTORS! We will list your properties on the MLS for only, $399.00 Call 702-722-9360 for details.

Become a local pro

APR. Apply Online Now.
www.Ditech.com

Ads by Google



4505 Amherst Ln is in the 89107 ZIP code in Las Vegas, NV. 4505 Amherst Ln has approximately 1350 square feet. 4505 Amherst Ln has 3 bedrooms and 2.00 bathrooms. 4505 Amherst Ln was last sold on 2/15/2002. The estimated population in Las Vegas, NV is 1,342,454, and 64.4% of the population have children living in the home. The median age in Las Vegas, NV is 35 years old, and the median income is $0.

### Nearby Cities Real Estate
- Las Vegas, NV Real Estate
- Las Vegas, MI Real Estate
- North Las Vegas, NV Real Estate
- Henderson, NV Real Estate
- Mount Charleston, NV Real Estate

### Las Vegas Real Estate Professionals
- Las Vegas, NV Real Estate Agents
- Las Vegas, NV Home Inspectors
- Las Vegas, NV Home Appraisers

### Other Las Vegas Resources
- Las Vegas Home Values
- Las Vegas Demographics
- Las Vegas Recent Home Sales
- Las Vegas Homes for Sales

This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of information. It is presented on an 'as is, as available' basis. This site makes no warranties, expressed or implied without limitation, to the information provided, nor is responsible for any errors or omissions. This valuation is NOT an appraisal. User acknowledges that this product is a technology report, a product of an automated valuation technology analysis. This information is compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and analysis.

©2008 Education.com, Inc. Use is subject to Terms of Service | ©Zillow, Inc., 2008. Use is subject to Terms of Use. What's a Zestimate? | Copyright © 2007 FNRES Holdings, Inc. All rights reserved. Use is subject to Terms of Use.

Copyright © 2010 eppraisal.com. all rights reserved.
Home Values | About us | Contact us | Help | Blog | Real Estate Widgets | API | Professional Real Estate Directory

**EXHIBIT "B"**

B6D (Official Form 6D) (12/07)

In re   **Matthew Lorne Eddy,**               Case No.  __10-19345__
        **Amee Chestina Eddy**
                                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4983  Citimortgage Inc  Po Box 9438  Galthersburg, MD 20898 | | C | Opened 1/29/07 Last Active 9/09/09  First Mortgage  Residence  4505 Amherst Lane  Las Vegas, NV 89107  *Stripping second mortgage, see section 6.02 in plan  Value $ 69,690.00 | | | | 217,350.00 | 147,660.00 |
| Account No. xxxxxx1612  Citimortgage Inc  Po Box 9438  Galthersburg, MD 20898 | | C | Opened 8/13/07 Last Active 9/01/09  Second Mortgage  Residence  4505 Amherst Lane  Las Vegas, NV 89107  *Stripping second mortgage, see section 6.02 in plan  Value $ 69,690.00 | | | | 49,304.00 | 49,304.00 |
| Account No. xxxxxxxx0001  Ibew Plus Credit Union  1900 S Jones Blvd  Las Vegas, NV 89146 | | C | Opened 9/13/06 Last Active 10/02/09  Auto Laon  2006 Honda Odyssey  Value $ 11,625.00 | | | | 21,057.00 | 9,432.00 |
| Account No. xxxxxxxx0002  Ibew Plus Credit Union  1900 S Jones Blvd  Las Vegas, NV 89146 | | C | Opened 5/16/08 Last Active 10/01/09  Auto Loan  2008 Harley Davidson Road King  Value $ 11,750.00 | | | | 18,512.00 | 6,762.00 |

__0__  continuation sheets attached

Subtotal (Total of this page)    306,223.00    213,158.00

Total (Report on Summary of Schedules)    306,223.00    213,158.00

## CERTIFICATE OF SERVICE

1. June 1, 2010, I served the following document(s)

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL, "STRIP OFF"AND MODIFY RIGHTS OF CITIMORTGAGE, INC. PURSUANT TO 11 U.S.C §506(A) AND §1322; MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CITIMORTGAGE, INC. PURSUANT TO 11 U.S.C. §506(A) AND §1322; [PROPOSED ORDER]**

2. I served the above-named document(s) by the following means to the persons as listed below:

x   a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary.)

    Trustee Kathleen Leavitt: courtsecf3@las13.com

x   b. United States mail, postage fully prepaid, addressed as follows:
(List persons and addresses. Attach additional paper if necessary.)

**CERTIFIED MAIL:**

CITIMORTGAGE, INC.
Agent, Officer or Managing Partner
PO Box 9438
Gaithersburg, MD 20898

CITIMORTGAGE, INC.
The Corp. Trust Company of Nevada
311 S. Division Street
Carson City, NV 89703

Regular Mail:

MATTHEW LORNE EDDY
AMEE CHESTINA EDDY
4505 Amherst Lane
Las Vegas, Nevada 89107

o   c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

o   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

o   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

o   d. By direct email (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

1  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.

2  I did not receive, within a reasonable time after the transmission,.any electronic message or other indication that the transmission was unsuccessful.

o  e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

o  f. By messenger (List persons and addresses. Attach additional paper if necessary) I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service,).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: June 1, 2010.

_____
An employee of Aaron & Paternoster, Ltd

AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
(702) 384-4111
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**MATTHEW LORNE EDDY and<br>AMEE CHESTINA EDDY,**<br><br>Debtor(s) | Chapter 13 Proceedings<br>BK-S-10-19345-LBR<br><br><br><br>Date: 07/01/2010<br>Time: 3:00 p.m. |

**ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN**

THIS MATTER having come before the Court for a hearing on July 1, 2010, on Debtors' MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtors' principal residence located at 4505 Amherst Lane, Las Vegas, Nevada 89107 (the "Subject Property") is valued at $61,304.00 as of the date of Debtors' Chapter 13 Petition.

2. The Subject Property is collateral for a senior secured claim of CITIMORTGAGE, INC. ("Senior Lienholder").

**[Check only one box, and fill in blanks]**

☐ Senior Lienholder has filed a Proof of Claim [insert proof of claim

|     |     |                                                                                                                                                   |
| --- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |     | number] related to such claim, and such Proof of Claim claims a debt of [$claim amount]. Senior Lienholder's Proof of Claim indicates that Senior Lienholder has assigned [insert account #] to this claim. |

                                  [or]

      X     Senior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned account number xxxxxx4983 to this claim. The Debtors' schedules list the amount of Senior Lienholder's claims as $217,350.00.

3.    The Subject Property is also collateral for a junior secured claim of CITIMORTGAGE, INC. ("Junior Lienholder").

                **[Check only one box, and fill in blanks]**

☐     Junior Lienholder has filed a Proof of Claim [insert proof of claim number] related to such claim, and such Proof of Claim claims a debt of [$claim amount]. Junior Lienholder's Proof of Claim indicates that Junior Lienholder has assigned [insert account #] to this claim.

                                  [or]

X     Junior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned account number xxxxxx1612 to this claim. The Debtors' schedules list the amount of Junior Lienholder's claims as $49,304.00.

4.    Given the above, Junior Lienholder's interest in the Debtors' interest in the Subject Property has no value.

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to *Zimmer v. PSB Lending Corp.* (*In re* Zimmer), 313 F.3d 1220 (9th Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case, including the manner in which such claim is treated and paid in Debtors' chapter 13 plan; and

IT IS FURTHER ORDERED THAT, should Debtors receive a discharge in this case, Junior Lienholder shall as soon as practicable thereafter take all necessary and appropriate steps to remove its lien of record, and to ensure that Debtors' title to the Subject Property is clear of any cloud on title related to Junior Lienholder's claim. This court hereby reserves jurisdiction with respect to any

1. dispute over the actions necessary to comply with this paragraph; and

2. IT IS FURTHER ORDERED THAT, should this case be converted to one under another chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and

3. IT IS FURTHER ORDERED THAT, should this case be dismissed, 11 U.S.C. § 349(b)(1)-(3) shall govern the continuing validity of this order; and

4. IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party in interest, including the Debtor or the Trustee, may hereafter object to either claim on any ground recognized by the Bankruptcy Code.

DATED: June 1, 2010.

Respectfully,

AARON & PATERNOSTER, LTD.

By: /s/ MATTHEW E. AARON
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Avenue, Suite 650
Las Vegas, NV 89102
Attorneys for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a Chapter 7 or 13 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the Order, or failed to respond, as indicated below [list each party and whether the party approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at

the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion and no parties appeared or filed written objections.

Approved/Disapproved/Failed to Respond

By:_____
    Kathleen Leavitt, Chapter 13 Trustee